# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2025-3932
LT Case No. 2020-CF-000224-A

————————————————

ANTHONY P. OWENS, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Anthony P. Owens, Jr., Panama City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

March 6, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 24, 2024 judgment and sentence rendered in Case No. 2020-CF-000224-A, in the Circuit Court in and for Hernando County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____